UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFF PERRY,

    Plaintiff,

v.                                                    Case No.: 8:08-cv-491-T-33AEP

M/I HOMES, INC.,

    Defendant.
_____/

## **ORDER**

This matter is before the Court *sua sponte*. The parties participated in a mediation on August 3, 2009, which did not result in a settlement. However, the parties informed the Court that they made significant progress towards resolving this case completely. The parties filed a Joint Motion to Stay the Proceedings (the "Joint Motion," Doc. 61), to allow them time to reach a settlement. The Court granted the Joint Motion (Doc. 62) and stayed the case until August 28, 2009. The Court conditioned the stay on the parties filing a status report on August 28, 2009.

In order to ascertain the prompt resolution of matters pending before the Court, it is

**ORDERED, ADJUDGED** and **DECREED** that:

(1)     In lieu of the status report scheduled to be filed on or before August 28, 2009, the parties shall file a joint status report with the Court no later than 5:00 p.m. on Friday, August 21, 2009; and

(2)     If the parties are unable to fully resolve this matter by 5:00 p.m. on

August 27, 2009, counsel for the parties shall appear before the Court for a hearing on August 28, 2009, at 8:30 a.m. at the Sam M. Gibbons United States Courthouse in Courtroom 14B.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 18th day of August 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record