UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFF PERRY, *et al.*,

    Plaintiffs,

v.                                         Case No.: 8:08-cv-491-T-33AEP

M/I HOMES, INC.,

    Defendant.
_____/

## NOTICE

This matter is before the Court *sua sponte*. The Court entered an Order temporarily staying this case to allow the parties to continue settlement negotiations. The Court held a Status Conference on August 28, 2009, to determine the current posture of the case. During the Status Conference the Court denied Plaintiffs' counsel's *ore tenus* Motion to Extend the Stay.

Having lifted the stay, the Undersigned anticipates ruling shortly on both the Conditional Order for Class Certification (Doc. 30) and the Motion to Toll (Doc. 57). In addition, the pending Motion for Sanctions (Doc. 54) was referred to Magistrate Judge Porcelli for his immediate consideration.

Done in Chambers in Tampa, Florida, on this <u>3rd</u> day of September 2009.

                                                VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record